George J. Schmelzer, Appellee, v. Thomas J. Kelley, Appellant.

Gen. No. 41,290.

opinion filed November 26, 1940. Norman H. Arons, for appellant; Abraham Miller and Irving S. Berman, of counsel; Bernard F. Johnston, for appellee. Opinion by JUSTICE SCANLAN. ''Not to be published in full.''